# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

146027

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 146027
                                         COA: 311398

SHAUN CLAYTON PENZIEN,
      Defendant-Appellant.
                                         Oakland CC: 2012-009653-AR

_____/

      On order of the Court, the application for leave to appeal the August 27, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

s0122